Original

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IAN NOEL,

                    Plaintiff,

        v.                                  6:06-CV-788

NEW YORK STATE OFFICE OF MENTAL
HEALTH CENTRAL NEW YORK
PSYCHIATRIC CENTER

                    Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

FEB 1 4 2008

LAWRENCE K. BAERMAN, Clerk
UTICA


**VERDICT FORM**


February 13, 2008                          Court's Exhibit No. 1
Utica, New York

## Disparate Treatment (Title VII)

1. Do you find that plaintiff Ian Noel's race was a motivating factor in defendant Central New York Psychiatric Center's decision to terminate his employment?

Yes _____     No __✓__

Proceed to Question 2.

## Retaliation (Title VII)

2. Do you find that plaintiff Ian Noel's participation in and active support of Terrence Jamison's discrimination claims was a motivating factor in defendant Central New York Psychiatric Center's decision to terminate his employment?

Yes __✓__     No _____

*If you answered "Yes" to Question 1, Question 2, or both, proceed to Question 3.*

*If you answered "No" to Question 1 and Question 2, proceed to Question 5.*

## Damages – Disparate Treatment and Retaliation

Answer Question 3 or 4, not both.

### Compensatory or Actual Damages

3. State the amount of compensatory or actual damages, if any, that you award to plaintiff Ian Noel with respect to his Disparate Treatment claim and/or his Retaliation claim:

| | |
|---|---|
| Past Lost Income: | $ 210,000 |
| Future Lost Income: | $ 70,000 |
| Pain, Suffering, and Emotional Distress: | $ 120,000 |
| TOTAL: | $ 400,000 |

**Nominal Damages**

4. State the amount of nominal damages that you award to plaintiff Ian Noel with respect to his Disparate Treatment claim and/or his Retaliation claim (not to exceed $1.00):

$ _____

### Hostile Work Environment (Title VII)

     5. Do you find that plaintiff Ian Noel was subjected to a hostile work environment at defendant Central New York Psychiatric Center because of his race?

          Yes _____          No __✓__

*If you answered "Yes" to Question 5, proceed to Question 6 or 7.*

*If you answered "No" to Question 5, proceed to the last page, sign and date the verdict form, and notify the Marshall that you have reached a verdict.*

### Damages – Hostile Work Environment

*Answer Question 6 or 7, not both.*

**Compensatory or Actual Damages**

     6. State the amount of compensatory or actual damages, if any, that you award to plaintiff Ian Noel with respect to his Hostile Work Environment claim:

     Pain, Suffering, and Emotional Distress:          $ _____

**Nominal Damages**

     7. State the amount of nominal damages that you award to plaintiff Ian Noel with respect to his Hostile Work Environment claim (not to exceed $1.00):

                                                         $ _____

PROCEED TO THE LAST PAGE, SIGN IN THE SPACE PROVIDED, AND NOTIFY THE MARSHAL THAT YOU HAVE REACHED A VERDICT.

Please sign and date this verdict form.
YOUR VERDICT MUST BE UNANIMOUS.
ALL MUST SIGN.

Dated: February 13, 2008

_Brian R. Grzywacz_
(Foreperson)

_Craig Clark_

_Susan M. White_

_Rosemary Bronk_

_Ellen Voss_

_Martin French_

_Nancy A. Prichard_

_[signature]_