# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## SECOND AMENDED
## JUDGMENT IN A CIVIL CASE

**IAN NOEL**

vs.                                          **CASE NUMBER: 6:06-CV-0788**

**NEW YORK STATE OFFICE OF MENTAL HEALTH CENTRAL NEW YORK PSYCHIATRIC CENTER**

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that plaintiff's motions for contempt of court and for sanctions are DENIED. Plaintiff's motion for additional attorney's fees and costs is GRANTED. The balance due on the March 1, 2010 Amended Judgment in favor of the plaintiff is $153,712.43 plus post-judgment interest on the amended judgment;

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, dated the 30th day of July, 2010.

DATED: July 30, 2010

*[signature]*
Clerk of Court

s/ _____
Christine Mergenthaler
Deputy Clerk