UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

IAN NOEL,

                              Plaintiff,

      -v-                              No. 6:06-CV-788

NEW YORK STATE OFFICE OF MENTAL
HEALTH CENTRAL NEW YORK
PSYCHIATRIC CENTER,

                              Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

APPEARANCES:                              OF COUNSEL:

BOSMAN LAW OFFICE                 A.J. BOSMAN, ESQ.
Attorneys for Plaintiff
6599 Martin Street
Rome, NY  13440

HON. ERIC T. SCHNEIDERMAN         KELLY L. MUNKWITZ, ESQ.
Attorney General for the State of New York   Ass't Attorney General
Attorney for Defendant
The Capitol
Albany, NY  12224

DAVID N. HURD
United States District Judge

## **O R D E R**

       On August 31, 2012, the United States Court of Appeals for the Second Circuit

issued an order affirming in part and reversing and remanding in part orders dated July 30

and August 16, 2010.  On September 25, 2012, the Second Circuit filed a Mandate in the

Northern District of New York.

       In accordance therewith, it is

ORDERED that

Plaintiff Ian Noel shall re-pay to the State of New York the sum of $131,998.42—representing $94,074.28 in federal income tax, $27,242.54 in state income tax, and $10,681.60 in FICA tax—which was initially withheld, and then paid to him, pursuant to the July 30 and August 16, 2010, orders and judgment.

IT IS SO ORDERED.

_____
United States District Judge

Dated: October 2, 2012
       Utica, New York.